## MOORE v. STATE.
No. 25886.

Court of Criminal Appeals of Texas.
June 4, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was found guilty of the offense of sodomy and his punishment assessed at fifteen years in the penitentiary.

All the proceedings appear to be regular. There being no statement of facts or bill of exception brought forward with the record, nothing is presented for review by this court.

The judgment of the trial court is affirmed.